# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **4:24-CR-00184-2** |
| | § | |
| **LENEL HOPKINS, JR.** | § | |

## NOTICE OF APPEAL FROM AN ORDER OF DETENTION

Pursuant to RULE 4(b) and RULE 9 of the Federal Rules of Appellate procedure, Defendant Lenel Hopkins, Jr., files this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's March 27, 2025, order withdrawing Defendant's bond and remanding him to custody. *See* USDC Docket Entry 175 (Minute Order stating "[b]ond withdrawn. Deft. Lenel Hopkins remanded to custody.").

Respectfully submitted,

**HILDER & ASSOCIATES, P.C.**

/S/ *Q. Tate Williams*
Q. Tate Williams
SBN 24013760
SDTX 26023
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
tate@hilderlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this pleading was served on all counsel of record via ECF contemporaneous with filing.


/s/ *Q. Tate Williams*
Q. Tate Williams